1  Ronald L. Burdge, Pro Hac Counsel
   Burdge Law Office Co LPA
3  8250 Washington Village Drive
   Dayton, OH 45458-1850
5  Tel.:  (937) 432.9500
   Fax:   (937) 432.9503
7  Ron@RvLemonLaw.com
   Attorney for Plaintiffs, Jody Avery and Charles Avery

9              IN THE UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

               WESTERN DIVISION, AT RIVERSIDE

| | |
|---|---|
| 13  JODY AVERY and Charles Avery, )<br>Individuals, Plaintiffs ) | CASE NO. 5:17-cv-00151 MWF |
| 15  ) | JUDGE MICHAEL W. FITZGERALD |
|        - VS. - ) | |
| 17  ) | UNOPPOSED MOTION TO |
|   PACIFIC COACHWORKS, INC., ) | ATTEND RULE 16 CONFERENCE |
| 19  et al. ) | OF SEPTEMBER 18, 2017 |
|   DEFENDANTS ) | VIA TELEPHONE |
| 21  _____ ) | |

Now comes Plaintiffs, by and through counsel, and hereby moves the Court to allow

23 Ron Burdge, counsel for Plaintiffs' to attend the Rule 16 Conference, which is currently set

for September 18, 2017 at 11:00 a.m., via telephone. Co-counsel for the Plaintiffs, Scott

25 Kauffman will be in attendance at the conference.

Counsel for Plaintiffs is from Dayton, Ohio and, in this fee shifting case, it is in the

27 best interest of Plaintiffs to conserve resources and attend via telephone.  Counsel for

Plaintiffs will be prepared to discuss all issues and all scheduling matters at the Conference.

This motion is brought in good faith, and counsel has spoken with counsel for the Defendant, Vincent Axelson and he is not opposed to this motion.

A proposed entry granting this motion has been e-mailed to Judge Fitzgerald for the Court's consideration.

Dated: August 1, 2017             Respectfully submitted,

BURDGE LAW OFFICE CO., LPA

*R L Burdge*_____
BY: RONALD L. BURDGE, Pro Hac Counsel
Attorney for the Avery's, Plaintiffs
SCOTT KAUFMAN (190129)
Attorney for Plaintiffs
KAUFMAN LAW OFFICES
140 Third Street
Los Altos, CA 94022
Tel.:  408.727.8882
Fax:   408.727.8883
LemonAtty@gmail.com

**CERTIFICATION**

I hereby certify that a copy of the above was served upon **Vincent Axelson**, counsel for Defendant Pacific Coachworks, Inc.; by electronic mail and ordinary mail on August 1, 2017.

*R L Burdge*_____
BY: RONALD L. BURDGE Counsel
Attorney for the Averys, Plaintiffs

Z:\data\Avery\Etc\Etc Motion to Attend via phone 080117 aj .wpd