Ronald L. Burdge, Pro Hac Counsel
Burdge Law Office Co LPA
8250 Washington Village Drive
Dayton, OH 45458-1850
Tel.:  (937) 432.9500
Fax:   (937) 432.9503
Ron@RvLemonLaw.com
Attorney for Plaintiffs, Jody Avery and Charles Avery

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION, AT RIVERSIDE

| JODY AVERY and Charles Avery, Individuals, Plaintiffs<br><br>- VS. -<br><br>PACIFIC COACHWORKS, INC., et al.<br>DEFENDANTS | ) ) ) ) ) ) ) ) ) ) | CASE NO. 5:17-cv-00151 MWF<br><br>JUDGE MICHAEL W. FITZGERALD<br><br>ORDER GRANTING MOTION TO ATTEND RULE 16 CONFERENCE OF SEPTEMBER 18, 2017 VIA TELEPHONE |

Upon Motion of the Plaintiffs, and for good cause shown, the Court hereby grants the Motion to allow Ron Burdge, counsel for Plaintiffs' to attend the Rule 16 Conference, which is currently set for September 18, 2017 at 11:00 a.m., via telephone.  Counsel shall email the Courtroom Deputy, Ms. Sanchez, 1 week prior to the hearing for instructions.

_____
JUDGE MICHAEL W. FITZGERALD

Dated: August 1, 2017