UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **EDCV 17-151-MWF(DTBx)**                    Dated: **October 18, 2018**

Title:       Jody Avery, et al. -v- Pacific Coachworks, Inc.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

In light of the Notice of Settlement [36] filed on October 18, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for November 19, 2018 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other dates and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                              Initials of Deputy Clerk   rs
CIVIL - GEN

-1-